IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL WEST,

    Petitioner,

v.                         CASE NO. CV412-313

WARDEN TOM DURDON, Liberty County Jail,

    Respondent.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the Petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of February 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA